# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　　　　Crim. No. 12-282 (PJS/JJK)

　　　　Plaintiff,

v.

David Laurence Marion　　　　　　　　　　　　　**ORDER**

　　　　Defendant.

Karen B. Schommer, Esq., United States Attorney's Office, counsel for Plaintiff.

Craig E. Cascarano, Esq., Cascarano Law Office, counsel for Defendant.

　　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 13, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

　　　　**IT IS HERERBY ORDERED** that:

　　　　1.　　Defendant's Motion to Suppress Evidence Obtained Through Illegal Search (Doc. No. 20), is **DENIED**.

Date: 12/21/12

　　　　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　　United States District Court